# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
6/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC DEPUTY

Case Number: 2:25-CR-00503-JLS
Defendant Number: 1
U.S.A. v. Russell Gomez Dzul
Year of Birth: 1981
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): HSI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[✓] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [ ] Felony

b. Date of Offense: 6/7/2025

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: 18 U.S.C. § 111(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 6/8/2025
Case Number: 2:25-MJ-03509
Assigned Judge: N/A
Charging: 18 U.S.C. § 111(a)(1)
The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: James Threatt
Phone Number: 213-894-2854

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? [✓] YES [ ] NO

IF YES, list language and/or dialect:
Spanish

**OTHER**

[✓] Male   [ ] Female
[ ] U.S. Citizen   [✓] Alien

Alias Name(s): Russel Ozul Gomez, Russell Dzul Gomez

This defendant is charged in:
[✓] All counts
[ ] Only counts: _____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  [ ] Yes  [✓] No
IF YES, should matter be sealed?  [ ] Yes  [✓] No

The area(s) of substantive law that will be involved in this case include(s):

[ ] financial institution fraud   [ ] public corruption
[ ] government fraud              [ ] tax offenses
[ ] environmental issues          [ ] mail/wire fraud
[ ] narcotics offenses            [ ] immigration offenses
[✓] violent crimes/firearms       [ ] corporate fraud
[ ] Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? [ ] Yes [ ] No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  [ ] State  [✓] Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. [✓] Solely on this charge. Date and time of arrest:
   6/8/2025
e. On another conviction:  [ ] Yes  [✓] No
   IF YES: [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges: [ ] Yes [✓] No
   IF YES: [ ] State [ ] Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  06/18/2025

_Signature of Assistant U.S. Attorney_
Thi Hoang Ho
Print Name

CR-72 (06/23)                CASE SUMMARY                Page 2 of 2