FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 25-CR-00503-JLS |
| Russell Gomez Dzul | CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE |
| DEFENDANT(S). | |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment and sentencing before a United States District Judge.

I HEREBY: Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 6-23-2005     _____
                     Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury before either a United States District Judge or a United States Magistrate Judge.

I HEREBY: Waive (give up) my right to trial by jury.

Date: _____     _____
                           Defendant

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial before the Magistrate Judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

Date: _____     _____
                           Defendant

_____           _____
United States Magistrate Judge    Defendant's Attorney (if any)
BRIANNA FULLER MIRCHEFF

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE

M-71 (6/98)                                                      Page 1 of 1