# EXHIBIT C

**Date of transcription 9/26/2025:**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

## Transcription Sheet

| Case Number: | 2:25-CR-00503-MAA-1 |
|---|---|
| Date: | 8/6/2025 |
| Duration: | 7:22 |
| Participants: | MV 1 - interviewer 1<br>MV 2 - interviewee<br>MV3 – interviewer 2 |

The TTE is not an expert in voice recognition (separate area of expertise requiring specialized training and equipment).
Speaker labels represent the TTE's **best effort to differentiate voices**.
The transcription attached reflects only what the TTE can actually hear on the source language recording.

| | | |
|---|---|---|
| **UV** | Voz inidentificable | Unidentifiable voice |
| **MV** | Voz masculina | Male voice |
| **FV** | Voz femenina | Female voice |
| **I/I UI** | Dicción ininteligible | Unintelligible diction |
| **PH** | Fonético | Phonetic |
| **[ ]** | -Anotaciones del experto en transcripción/traducción [ETT].<br>-Se usan los corchetes para separar los comentarios del ETT de las palabras que se utilizaron en el mensaje original.<br>-Se proporcionan datos relacionados con el contexto, significado y factores culturales. | -Transcription/Translation Expert [TTE].<br>-Brackets are used to separate the transcriber's remarks from the original source words spoken.<br>-Provide information regarding context, meaning, and cultural factors. |
| ***Italics***<br>***Cursiva*** | Declaración articulada en inglés en la versión original. | Utterance originally in English. |

| | |
|---|---|
| **Negation** | Uh-uh |
| **Skepticism** | Uh |
| **Affirmative** | Uh-huh<br>Mhm |
| **Thinking** | Hmm |
| **Requests for repetition** | Huh? |

Page **1** of **9**

**Date of transcription 9/26/2025:**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

|   | PARTICIPANT | TRANSCRIPTION (verbatim) | TRANSLATION |
|---|---|---|---|
| 1 | MV1 | OK. Today is Saturday, huh, June 7th, 2025, at approximately 15:12 hrs. Huh, In front of us we have Gomez Dzul, Russell. Hmm. Today we're taking a sworn statement in regards to events that happened earlier today. Hmm. This is Agent Gonzalez from CAC station C(harlie) 367 and Agent Mendoza Calexico Station C(harlie) 368. OK ¿Cuál es tu nombre y apellido? | OK. Today is Saturday, huh, June 7th, 2025, at approximately 15:12 hrs. Huh, In front of us we have Gomez Dzul, Russell. Hmm .Today we're taking a sworn statement in regards to events that happened earlier today. Hmm. This is Agent Gonzalez from CAC station C(harlie) 367 and Agent Mendoza Calexico Station C(harlie) 368. OK ¿Cuál es tu nombre y apellido? |
| 2 | MV2 | Russell Gomez | Russell Gómez |
| 3 | MV1 | ¿Y tu apellido? ¿Y el otro? | And your last name? And the other one? |
| 4 | MV2 | Dzul. | Dzul. |
| 5 | MV1 | Dzul. ¿Tu fecha de nacimiento? | Dzul. Your date of birth? |
| 6 | MV2 00:41.6 | 1981 noviembre.. | 1981 November |
| 7 | MV1 | ¿Qué día? | What day? |
| 8 | MV2 | 26. | 26. |
| 9 | MV1 | OK. Hmm. Lo que voy a hacer. Te voy a leer tus derechos, ¿OK? Usted tiene el derecho de permanecer en silencio. Cualquiera cosa que usted diga puede ser usada en contra suya en una corte legal. Usted tiene el derecho de consultar con un abogado, antes de contestar preguntas y de tener a un abogado presente durante las preguntas. Si no puede pagar a un abogado, uno… le será proporcionado gratis para que le represente a usted antes de contestar preguntas. ¿Entiende usted los derechos? | OK. Hmm. What I'm going to do, I'm going to read you your rights, okay? You have the right to remain silent. Anything you say can be used against you in a court of law. You have the right to consult with an attorney before answering questions and to have an attorney present during questions. If you can't afford an attorney… one will be provided to you free of charge to represent you before you answer questions. Do you understand your rights? |
| 10 | MV2 0:01:16.5 | No. | No. |
| 11 | MV1 | ¿No entiende los derechos? | You don't understand rights? |
| 12 | MV2 | Oh. ¿Los que me dijo? Sí. | Oh. The ones you mentioned? Yes. |
| 13 | MV1 | Los que te acabo de leer, ajá, | The ones I just read to you. Mhm. |
| 14 | MV2 | Sí. | Yes. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| | | | |
|---|---|---|---|
| 15 | MV1 0:01:23.6 | OK. ¿Estás dispuesto a renunciando tus derechos y hablar conmigo? | OK. Are you willing waiving your rights and talk to me? |
| 16 | MV2 | No entiendo. | I don't understand. |
| 17 | MV1 | ¿Quieres hablar conmigo ahorita o no? | Do you want to talk to me right now or not? |
| 18 | MV2 | Sí. | Yes. |
| 19 | MV1 | Sí. OK. Mhm. ¿De qué país eres ciudadano? | Yes. OK. Mhm. What country are you a citizen of? |
| 20 | MV2 | De Yucatán. | From Yucatan. |
| 21 | MV1 | ¿De qué país? | What country? |
| 22 | MV2 | México. | Mexico. |
| 23 | MV1 | México, OK. | Mexico, OK. |
| 24 | MV1 | ¿Tienes documentos de inmigración para estar en los Estados Unidos legalmente? | Do you have immigration documents to be in the United States legally? |
| 25 | MV2 0:01:44.8 | No. | No. |
| 26 | MV1 | ¿No? ¿Estás aquí ilegalmente? | No? You're here illegally? |
| 27 | MV2 | Sí. | Yes. |
| 28 | MV1 | Sí. OK. ¿Por qué estás aquí ahorita? | OK. Why are you here right now? |
| 29 | MV2 0:01:54.2 | Por instinto. | On instinct. |
| 30 | MV1 | Por instinto. Yo digo, aquí ahorita. Arrestado. | On instinct. I mean, right now arrested here. |
| 31 | MV2 | Por instinto. | On instinct. |
| 32 | MV1 | Por instinto, OK. ¿Qué pasó ahora que te arrestaron? | On instinct, OK. What happened now that you were arrested? |
| 33 | MV2 | Estaba corriendo. | I was running. |
| 34 | MV1 | ¿Estabas corriendo? | You were running. |
| 35 | MV2 | Y montando en mi bicicleta también. | And riding my bike, too. |
| 36 | MV1 | OK. ¿Qué pasó después de eso? | OK. What happened after that? |
| 37 | MV2 | Me llevaron… | They took me… |
| 38 | MV1 02:14 | OK. ¿Pero porque corristes? | OK. But why did you run off? |
| 39 | MV2 | Por instinto. | On instinct. |
| 40 | MV1 | OK, pero… ¿De quién estabas corriendo? | OK, but… Whom were you running from? |
| 41 | MV2 | De nadien. Solo miré que estaban ustedes. Corrí entre ustedes. | From nobody. I simply saw you running. I ran among you. |
| 42 | MV1 | OK. Cuando dices «ustedes», ¿quién es... ¿A quién te refieres? | OK. When you say "you," who is… Whom are you referring to? |
| 43 | MV2 | Ah, no, no, el oficial que me agarró. | Hmm, well, the officer who grabbed me. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| 44 | MV1 | OK, OK. Cuando saliste corriendo, ¿qué pasó después, si me puedes describir lo que pasó? | OK, OK. When you ran off, what happened next, if you could describe it to me? |
|---|---|---|---|
| 45 | MV2 02:40.1 | ¿Cuando salí corriendo? | When I ran off? |
| 46 | MV1 | Ajá. | Mhm. |
| 47 | MV2 | Pues me arrestaron. | Well, I was arrested. |
| 48 | MV1 | OK. ¿Y qué pasó cuando te arrestaron? | OK, so what happened when you got arrested? |
| 49 | MV2 | Me subieron a la patrulla. | They put me inside the patrol car. |
| 50 | MV1 | OK. ¿Sabes qué color era la patrulla? | OK. Do you know what color the patrol car was? |
| 51 | MV2 | Blanco. | White. |
| 52 | MV1 | Blanco. ¿Nomás blanco? | White. Only White? |
| 53 | MV2 | Con verde. | With green. |
| 54 | MV1 | Blanco con verde. OK. ¿Sí reconociste que era una patrulla de inmigración? | White and green. OK. Did you recognize it was an immigration patrol car? |
| 55 | MV2 | La verdad, no. | To be honest, no. |
| 56 | MV1 | ¿No? ¿No viste lo que decía en la puerta y los colores de? [Voces entrecruzadas] | No? Didn't you see what it read on the door and the colors? [Voices overlap] |
| 57 | MV2 | No vi. | I didn't notice. |
| 58 | MV1 | ¿No? ¿Pero sí sabes que las patrullas blancas con verde son de inmigración? | No? But you do know that white and green patrol cars are immigration's? |
| 59 | MV2 | Nunca había visto una. | I had never seen one. |
| 60 | MV1 | ¿Entonces por qué corriste si no sabías que eran de inmigración? | So why did you run if you didn't know they were immigration? |
| 61 | MV2 | Porque… por los rumores. | Because… because of the rumors. |
| 62 | MV1 | Rumores…OK. | Rumors… OK. |
| 63 | MV2 0:03:18.7 | Y él... no sé… creo que estaba corriendo un muchacho antes. | And he... I don't know… I believe a guy had been running before I did. |
| 64 | MV1 | OK. OK. ¿Qué pasó cuando te persiguió el muchacho? | OK. OK. What happened when the guy chased after you? |
| 65 | MV2 | ¿Cuando me persiguió? | When he chased after me? |
| 66 | MV1 | Mhm. | Mhm. |
| 67 | MV2 0:03:28.2 | Pos me arrestó. | Well, he arrested me. |
| 68 | MV3 | Pero ¿corriste y te escondiste? | But… you ran and hid? |
| 69 | MV2 | Estaba yo tratando de esconderse. | I was trying to hide. |
| 70 | MV3 | ¿En dónde? | Where? |
| 71 | MV2 | Atrás de una camioneta. | Behind a truck. |
| 72 | MV3 | OK, y… | OK, and… |
| 73 | MV2 | Crucé la calle. | I went across the street. |

Page 4 of 9

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| # | Speaker | Spanish | English |
|---|---|---|---|
| 74 | MV3 | OK. Te escondiste. ¿Y qué pasó después de ahí cuando te arrestaron? | OK. You hid. And what happened after that when you were arrested? |
| 75 | MV2 | Pues ya me arrestaron. | Well, then they arrested me. |
| 76 | MV3 | ¿Te subimos a la patrulla? | We put you in the patrol car? |
| 77 | MV2 | Sí. | Yes. |
| 78 | MV3 | OK. y después hmm… conducimos por dos… por un minuto a lo mejor. Después el oficial trató de abrir la puerta, ¿correcto? | OK. And then, hmm... we drove for maybe two… for one minute? Then the officer tried to open the door, right? |
| 79 | MV2 | Sí, abrió la puerta. | Yes, he opened the door. |
| 80 | MV1 | ¿Estabas sentado tú de tu lado? | You were seated on your side. |
| 81 | MV2 | Sí. | Yes. |
| 82 | MV1 04:02.2 | ¿Y qué hiciste tú? | And what did you do? |
| 83 | MV2 | Hmm. Gritando por ayuda. | Hmm. Screaming for help. |
| 84 | MV3 | ¿Y qué más hiciste? | And what else did you do? |
| 85 | MV2 | Fue todo…Queriendo salirme. | That's all…wanting to get out. |
| 86 | MV3 | ¿Te quisiste salir de dónde? | You wanted to get out of where? |
| 87 | MV2 | De la patrulla donde me estaban… | From the patrol car where I was... |
| 88 | MV3 | OK. | OK. |
| 89 | MV1 0:04:13.5 | ¿Tenías alguien en frente cuando te querías salir? | Did you have someone in front of you when you wanted to leave? |
| 90 | MV2 | No. | No. |
| 91 | MV1 | ¿No habían nadien cuando abrieron la puerta? | There was no one else there when they opened the door. |
| 92 | MV2 | El *driver*. Parece que solo el *driver*. | The *driver*. I believe it was just the *driver*. |
| 93 | MV1 | ¿Entonces abrieron la puerta y qué pasó cuando abrieron la puerta? | So they opened the door, and what happened when they opened the door? |
| 94 | MV2 0:04:23.2 | Pues ya… cuando quería salir nomás así…estaba yo gritando. | Well, that's it. When I wanted to get out, just like this, I was screaming. |
| 95 | MV1 | Pero no había nadie con… ¿Quién abrió la puerta? | But there was no one with… Who opened the door? |
| 96 | MV2 | No sé quién. | I don't know who did. |
| 97 | MV1 | ¿Pero otro oficial? | But it was a different officer? |
| 98 | MV2 | Otro oficial. | Another officer. |
| 99 | MV1 | OK. Abrió la puerta… ¿Y tú te quisiste salir? | Okay, he opened the door. And you tried to get out? |
| 100 | MV2 | Sí. | Yes. |
| 101 | MV1 | ¿Te alcanzaste a salir? | Did you manage to get out? |
| 102 | MV2 | No. | No. |
| 103 | MV1 | ¿Por qué? | Why? |
| 104 | MV2 | No pude. | I couldn't. |
| 105 | MV1 | ¿Por qué no pudistes? | Why couldn't you? |

Page **5** of 9

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by: ARRIOLA
Office of the Federal Public Defender

| 106 | MV2 | Estaba yo, este, esposado. | I was, well, handcuffed. |
|---|---|---|---|
| 107 | MV3 | ¿Y quién estaba en frente de ti? | And who was in front of you? |
| 108 | MV1 | No sé quién. | I don't know the person. |
| 109 | MV3 | ¿Había un oficial al frente de ti? | Was there an officer in front of you? |
| 110 | MV2 | Sí, estén, creo que iba a ir a agarrar a otro muchacho. | Yes, well, I think he was going to grab another guy. |
| 111 | MV3 | ¿Y le hiciste caso cuando te preg— dijo que te metieras con todo adentro de la patrulla? | And did you do as he asked you to when he asked… when he told you to get yourself all the way inside the patrol car? |
| 112 | MV2 | Huh? | Huh? |
| 113 | MV3 0:04:57.3 | ¿Le hiciste caso cuando te dijo que te metieras pa' trás a la patrulla? | Did you do as he asked when he told you to get back inside the patrol car? |
| 114 | MV2 | Nunca me dijo que me metiera… él estaba… | He never told me to get in… he was… |
| 115 | MV3 | Pero tú miraste al agente que estaba alrededor del oficial, ¿correcto? | But you did notice the agent around the officer, right? |
| 116 | MV2 | Sí. | Yes. |
| 117 | MV3 | ¿Y tú qué hacías? | And what were you doing? |
| 118 | MV2 0:05:09.8 | Pos ahí yo estaba gritando. | Well, I was there screaming. |
| 119 | MV3 | ¿Cómo? | How? |
| 120 | MV2 | Desesperado. | Freaked out. |
| 121 | MV3 | ¿Y qué más? | And what else? |
| 122 | MV2 | Esto fue todo [voces entrecruzadas] | That was all [Overlapping voices] |
| 123 | MV3 | ¿No empujaste al oficial? | Didn't you push the officer? |
| 124 | MV2 | ¿Huh? | Huh? |
| 125 | MV3 | ¿No empujaste al oficial? ¿O la puerta? | Didn't you push the officer? Or the door? |
| 126 | MV2 | No. | No. |
| 127 | MV3 | ¿La pateaste? | Did you kick it? |
| 128 | MV2 | No. | No. |
| 129 | MV3 | ¿Estabas sentado con los pies adentro de la puerta? ¿Adentro del vehículo? | Were you sitting with your feet inside the door? Inside the vehicle? |
| 130 | | Sí. | Yes. |
| 131 | MV3 | ¿No tenías los pies afuera, adentr— afuera del vehículo? | Didn't you have your feet outside, insi…, outside the vehicle? |
| 132 | MV2 | No. | No. |
| 133 | 0:05:25.8 | [I/I] | [U/I] |
| 134 | MV2 | No alcancé ni siquiera sacar la cabeza afuera de la puerta de… de la patrulla | I couldn't even get my head out of the door of... the patrol car. |
| 135 | MV3 | Hmm… porque todos está en video, Luis [voces entrecruzadas]. | Hmm… because all of it is on video, Luis [overlapping voices]. |
| 136 | MV2 | Si, sí. Yo sé. | Yes, yes. I know. |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
Transcribed by:  ARRIOLA
Office of the Federal Public Defender

| 137 | MV3 | Se miran la diferencia. Y te dijo el oficial que te metieras pa' atrás. | You can tell the difference. And the officer told you to get back inside. |
|---|---|---|---|
| 138 | MV2 | Sí, sí. Me dijo. | Yes, yes. He told me. |
| 139 | MV3 | ¿Y te metiste pa' trás? | And did you get back inside? |
| 140 | MV2 | Sí, pos no podía… Nunca salí. | Yes, well I couldn't… I never got out. |
| 141 | | OK [U/I] *ask him.* | OK [U/I] *ask him.* |
| 142 | MV1 | OK. Después de que hmm…otra vez que te metieron a la patrulla, ¿A dónde te llevaron? | OK. After hmm…they put you inside the patrol car again, where did they take you? |
| 143 | MV2 | Nunca salí. | I never got out. |
| 144 | MV1 | Por eso, OK…Cuando volvieron a cerrar la puerta. | That's what I mean, OK. After they were able to close the door back up. |
| 145 | MV2 | ¿Dónde me llevaron? | Where did they take me? |
| 146 | MV1 | Te llevaron a otro lugar. ¿Aquí donde estamos ahorita? | They took you elsewhere. Is it where we are right now? |
| 147 | MV2 | Sí, pues aquí. | Yes, well, here. |
| 148 | MV1 | OK. Bueno. ¿Qué tanto tienes viviendo en los Estados Unidos? | OK. Good. How long have you been living in the United States? |
| 149 | MV2 | 25 años. | 25 years. |
| 150 | MV1 0:06:14.1 | 25 años. ¿Por dónde cruzaste la primera vez? | 25 years. Where did you cross from the first time? |
| 151 | MV2 | Hmm. Tijuana. | Hmm. Tijuana. |
| 152 | MV1 | Por Tijuana. OK. | Through Tijuana, OK. |
| 153 | MV2 | Por Tecate. | Through Tecate. |
| 154 | MV1 | Por Tecate. OK. ¿Estás trabajando ahorita? | Through Tecate. OK. Are you currently working? |
| 155 | MV2 | Sí. | Yes. |
| 156 | MV1 | ¿En dónde? | Where? |
| 157 | MV2 | Por mi cuenta. | Self-employed. |
| 158 | MV1 | Pero qué… ¿qué trabajo haces? | But what? What type of work do you do? |
| 159 | MV2 | Mecánica. | Mechanic. |
| 160 | MV1 | OK. | OK. |
| 161 | MV3 0:06:31.2 | En el momento que te ibas a salir tú a la patrulla, Está el oficial en frente de ti, ¿correcto? | At the time you were about to get out of the patrol car, the officer was in front of you, correct? |
| 162 | MV2 | Estaba bloqueando la puerta. | He was blocking the door. |
| 163 | MV1 | Pa' que no te salieras. | So you wouldn't get out. |
| 164 | MV2 | Sí, pa' que no me saliera. | Yes, so I wouldn't get out. |
| 165 | MV3 | OK, y… | OK, and… |
| 166 | MV2 | Pero nunca me salí. | But I never got out. |
| 167 | MV3 | No, no. Pero no te saliste porque estaba el oficial en frente de ti. | No, no. You did not get out because the officer was in front of you. |
| 168 | MV2 | Sí, por eso. | Yes, that is what I mean. |

**Date of transcription 9/26/2025:**
**Case Name:** Russell Gomez-Dzul
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

| 169 | MV3 | Y no te dejó salir. | And he didn't let you out. |
|---|---|---|---|
| 170 | MV2 0:06:49.6 | Lo obedecí. Nada más estaba yo gritando. | I did what he asked me to do. I was simply screaming. |
| 171 | MV3 | OK. Gritaste, pero no lo obedeciste porque te dijo que te metieras pa' atrás para el vehículo y no lo hiciste. | OK. You screamed but you didn't do what he asked you to do because he told you to get back inside the vehicle, and you didn't. |
| 172 | MV2 | Sí, pos nunca… | Yes, well… I never… |
| 173 | MV3 | Tú… | You… |
| 174 | MV2 | Nunca me salí del vehículo. | I never got out of the vehicle. |
| 175 | MV3 | Tuvo que ir un oficial alrededor y meterte del otro lado del vehículo para que te pudieras meter, porque tú no lo estabas haciendo por tu propia voluntad. | An officer had to go around and get you in from the other side so that you went inside the vehicle because you weren't doing it of your own free will. |
| 176 | MV2 | Sí, yo lo hice por mi propia voluntad. | Yes, I did it on my own free will. |
| 177 | MV3 | OK. | OK. |
| | MV1 | *OK. This concludes the sworn statement. It is approximately 15:19 hours.* | *OK. This concludes the sworn statement. It is approximately 15:19 hours.* |
| | | [Fin de la grabación] | [End of recording] |

Date of transcription 9/26/2025:
Case Name: Russell Gomez-Dzul
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

## DECLARATION OF TRANSLATOR

I, Carina Arriola, state that I am fluent in the Spanish and English languages and competent in translating from English into Spanish and from Spanish into English. I have been a professional translator for sixteen years. I have a master's degree in Editorial Translation. I have been certified by the American Translators Association as an English-to-Spanish translator since 2022. I have been a federally certified court interpreter by the Administrative Office of the United States Courts since 2011 and by the Judicial Council of California since 2008. I have kept my certifications in full force and effect.

I declare that I have transcribed and translated a recording identified as Exhibit B.

To the best of my knowledge, ability, and belief, the said transcription and translation is a true, accurate, and complete transcription and translation of the original seven minute and twenty-two second recording provided to me.

### DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

Transcription and translation of a recording identified as Exhibit B

Executed this 26th day of September 2025 in Los Angeles County, California.

UNITED STATES OF AMERICA
 v.
RUSSELL GOMEZ DZUL
Case N.° 2:25-CR-00503-MAA

Requested By:

Hannah Bogen Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second Street
Los Angeles, California 90012





**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O:** 213.894.4783

Page **9** of 9