# EXHIBIT D

**Date of transcription 9/26/2025**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

**Transcription Sheet**

| Case Number: | 2:25-CR-00503-MAA-1 |
|---|---|
| Date: | 6/23/2025 |
| Duration: | 8:01 (transcribed from 5:25-6:15) |
| Participants: | MV 1<br>MV 2 |

The TTE is not an expert in voice recognition (separate area of expertise requiring specialized training and equipment).
Speaker labels represent the TTE's **best effort to differentiate voices**.
The transcription attached reflects only what the TTE can actually hear on the source language recording.

| UV | Voz inidentificable | Unidentifiable voice |
|---|---|---|
| MV | Voz masculina | Male voice |
| FV | Voz femenina | Female voice |
| I/I UI | Dicción ininteligible | Unintelligible diction |
| PH | Fonético | Phonetic |
| [ ] | -Anotaciones del experto en transcripción/traducción [ETT].<br>-Se usan los corchetes para separar los comentarios del ETT de las palabras que se utilizaron en el mensaje original.<br>-Se proporcionan datos relacionados con el contexto, significado y factores culturales. | -Transcription/Translation Expert [TTE].<br>-Brackets are used to separate the transcriber's remarks from the original source words spoken.<br>-Provide information regarding context, meaning, and cultural factors. |
| *Italics*<br>*Cursiva* | Declaración articulada en inglés en la versión original. | Utterance originally in English. |

| Negation | Uh-uh |
|---|---|
| Skepticism | Uh |
| Affirmative | Uh-huh<br>Mhm |
| Thinking | Hmm |
| Requests for repetition | Huh? |

**Date of transcription 9/26/2025**
**Case Name: Russell Gomez-Dzul**
**Transcribed by:** ARRIOLA
Office of the Federal Public Defender

| | PARTICIPANT | TRANSCRIPTION (verbatim) | TRANSLATION |
|---|---|---|---|
| 1 | | [Inicia la grabación] | [Recording begins] |
| 2 | MV1 | ¿Qué estás haciendo? | What are you doing? |
| 3 | MV2 0:05:27.1 | ¿Huh? | Huh? |
| 4 | MV1 | ¿Qué estás haciendo? | What are you doing? |
| 5 | MV2 | No estoy haciendo nada. | I am not doing anything. |
| 6 | MV1 | ¿Estás bien o qué? | Are you fine or what? |
| 7 | MV2 | ¿Qué más voy a hacer? [Ríe] | What else am I going to do? [Chuckles] |
| 8 | MV1 | No, pues tranquilo. No hagas mucho porque me pones nervioso. | No, well, just chill. Don't do much because you make me nervous. |
| 9 | MV2 | ¿Por qué va a estar nervioso? | Why would you be nervous? |
| 10 | MV1 | ¿Por qué corrió, oiga? | Listen. Why did you run off? |
| 11 | MV2 | Huh? | Huh? |
| 12 | MV1 | ¿Por qué corrió? | Why did you run off? |
| 13 | MV2 | Pensé que era el maratón de Los Ángeles. | I thought it was the marathon of Los Angeles. |
| 14 | | [I/I] | [I/I] |
| 15 | MV1 | ¿Traes documentos de migración? | Do you have immigration documents? |
| 16 | MV2 | Sí. | Yes. |
| 17 | MV1 | ¿Estás legalmente en los Estados Unidos? | Are you legally in the United States? |
| | MV2 0:05:54.2 | ¿Huh? Vine con visa. Y mi esposa ya me arregló. | Huh? I came with a visa. And my wife has already adjusted me. |
| | MV1 | [I/I] | [I/I] |
| | | | |
| | | [Continúa la grabación] | [Recording continues] |

Date of transcription 9/26/2025
Case Name: Russell Gomez-Dzul
Transcribed by:  ARRIOLA
Office of the Federal Public Defender

## DECLARATION OF TRANSLATOR

I, Carina Arriola, state that I am fluent in the Spanish and English languages and competent in translating from English into Spanish and from Spanish into English. I have been a professional translator for sixteen years. I have a master's degree in Editorial Translation. I have been certified by the American Translators Association as an English-to-Spanish translator since 2022. I have been a federally certified court interpreter by the Administrative Office of the United States Courts since 2011 and by the Judicial Council of California since 2008. I have kept my certifications in full force and effect.

I declare that I have transcribed and translated a recording identified as Exhibit A from 5:25-6:15.

To the best of my knowledge, ability, and belief, the said transcription and translation is a true, accurate, and complete transcription and translation of the designated portion of the original eight minute and one second recording provided to me.

## DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

Transcription and translation of a recording identified as Exhibit A from 5:25-6:15.

Executed this 26th day of September 2025 in Los Angeles County, California.

UNITED STATES OF AMERICA
v.
RUSSELL GOMEZ DZUL
Case N.º 2:25-CR-00503-MAA

Requested By:

Hannah Bogen Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
321 E. Second Street
Los Angeles, California 90012



**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O: 213.894.4783**

