# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 12, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | F. Javier Villalobos and Lynmar Vera Tacoronte / Spanish |

| C. Howard | Araceli Prado / ECRO | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD<br>Hannah A. Bogen, DFPD | X<br>X | X<br>X | |

___ Day COURT TRIAL    1 Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   x Begun (1st day);   x Held & continued;   ___ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # X remanded to custody.    Remand/Release# _____ issd.    Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X   Case continued to 01/13/2026 for further trial/further jury deliberation.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Other: | Defendant remanded into Marshal custody for the remainder of the trial. Bond will be reinstated once trial is over. |

                                                           5 : 45

Initials of Deputy Clerk      ch