# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 13, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | F. Javier Villalobos and Alejandro Franco / Spanish |

| C. Howard | CourtSmart | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD<br>Hannah A. Bogen, DFPD | X<br>X | X<br>X | |

___ Day <u>COURT TRIAL</u>　　2 Day <u>JURY TRIAL</u>　　___ Death Penalty Phase

___ One day trial;　___ Begun (1st day);　X Held & continued;　___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

X Opening statements made　Government and Defense

X Witnesses called, sworn and testified.

X Exhibits identified　　X Exhibits admitted

X Government rests.　　X Defendant(s) Russell Gomez Dzul rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

X - Motion for judgment of acquittal (FRCrP 29) is ___ granted  X denied ___ submitted

X Closing arguments made　X Court instructs jury　X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused　X Jury retires to deliberate　___ Jury resumes deliberations

___ Finding by Court as follows:　___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s)　___ Not Guilty on count(s)

___ Jury polled　___ Polling waived

___ Filed Witness & Exhibit lists　___ Filed Jury notes　___ Filed Jury Instructions　___ Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

___ Dft # ___ remanded to custody.　___ Remand/Release# ___ issd.　Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to 01/14/2026 @ 8:30 a.m. for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

____  Other:

|   |   |
|---|---|
| 5 | 45 |

Initials of Deputy Clerk    ch