# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:25-cr-00503-BFM |
| Date | January 14, 2026 |
| Present: The Honorable | Brianna Fuller Mircheff, United States Magistrate Judge |
| Interpreter | Lynmar Vera Tacoronte / Spanish |

| C. Howard | CourtSmart | JohnPaul Lecedre |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Russell Gomez Dzul | X | X | | James S. Threatt, DFPD<br>Hannah A. Bogen, DFPD | X<br>X | X<br>X | |

___ Day <u>COURT TRIAL</u>   3 Day <u>JURY TRIAL</u>   ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified   ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused   ___ Jury retires to deliberate   X Jury resumes deliberations

___ Finding by Court as follows:   X Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____   X Not Guilty on count(s)

___ Jury polled - X   ___ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   X Filed Jury Verdict

___ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

X Dft # ___ remanded to custody.   Remand/Release# X issd. X Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Other:

|  | : | 20 |

Initials of Deputy Clerk        ch