# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:25-cr-00503-BFM | Title | United States of America v. Russell Gomez Dzul |
|---|---|---|---|
| **Judge** | Brianna Fuller Mircheff, United States Magistrate Judge | | |
| **Dates of Trial or Hearing** | 1/12, 1/13 and 1/14/2026 | | |
| **Court Reporters or Tape No.** | CourtSmart | | |
| **Deputy Clerks** | C. Howard | | |

FILED
CLERK, U.S. DISTRICT COURT
01/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ch DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| JohnPaul Lecedre, AUSA | James S. Threatt, DFPD |
| | Hannah A. Bogen, DFPD |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Agent Omar Ismail | P |
| 4 | x | x | | | | Photograph | |
| 3 & 3A | x | x | | | | Video and Transcript | |
| 2 & 2A | x | x | | | | Video and Transcript | |
| 1 | x | x | | | | Excerpt of body-worn camera video | |
| | | | 118 | x | x | Video | |
| | | | 116 | x | x | Video | |