UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date: 01/14/26                              Time: 8:22 am

Case Name: *United States v. Russell Gomez Dzul*
Case Number: CR 25-503-BFM

### JURY NOTE NO. 1

[ ]   The Jury has reached a unanimous verdict.

[X]   The Jury requests the following:

May we please have access to all the videos submitted into evidence as we deliberate? Thank you.

01/14/26
Date

Signature of Foreperson of the Jury