UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 01/14/26    Time: 10:12 am

Case Name: *United States v. Russell Gomez Dzul*
Case Number: CR 25-503-BFM

# JURY NOTE NO. #2

[X] The Jury has reached a unanimous verdict.

[ ] The Jury requests the following:

_____
_____
_____
_____
_____
_____
_____

01/14/26
Date

[signature redacted]
Signature of Foreperson of the Jury