FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>RUSSELL GOMEZ DZUL,<br><br>  Defendant. | Case No. 25-cr-503-BFM<br><br>**VERDICT FORM** |

**VERDICT FORM**

We, the Jury in the above-captioned action, unanimously find defendant RUSSELL GOMEZ DZUL:

    __X__    NOT GUILTY

    _____    GUILTY

of Simple Assault on Omar Ismail, a federal officer, as charged in the Information.

███████████████
FOREPERSON OF THE JURY

DATED: January 14, 2026, in Los Angeles, California.